# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS RODONI, ET AL., <br>     Plaintiffs, <br> v. <br> COUNTY OF SANTA CLARA, et al., <br>     Defendants. | Case No. 18-cv-04324-BLF <br><br> **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR GUARDIAN AD LITEM** <br><br> [Re: ECF 2] |

Defendants Nicholas and Amanda Rodoni and Minor Plaintiffs N.R. and I.R. filed this action against Defendants on July 17, 2018. ECF 1. Minor Plaintiffs' grandmother, Hilary Rodoni, filed an application requesting the Court to appoint her as guardian ad litem for Minor Plaintiffs N.R. and I.R. in this matter. Mot., ECF 2.

When a minor is a litigant, "[t]he Court has a duty to ensure that [the] minor's interest[s] are protected." *Brown v. Alexander*, No. 13-CV-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) (citing Fed. R. Civ. P. 17(c)). "A guardian ad litem is like the minor's agent whose purpose is to protect the minor's interests in the litigation. While a guardian ad litem 'may make tactical and even fundamental decisions affecting the litigation,' he or she must make those decisions 'always with the interest of the guardian's charge in mind.'" *Id.* (quoting *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47 (2007)).

In support of the application to appoint Ms. Rodoni as guardian ad litem, no declaration has been provided, other than attorney argument in the application that Ms. Rodoni is a competent and reasonable person and qualified to become the guardian ad litem of Minor Plaintiffs. Mot. 2. In particular, there is no declaration that establishes that Ms. Rodoni lacks a conflict of interest and Ms. Rodoni has a legal right to serve as guardian ad litem. The Court finds this record insufficient

to ensure that Minor Plaintiffs' interests are protected.  Accordingly, the Court DENIES the application without prejudice.

The application to appoint Ms. Rodoni guardian ad litem may be renewed, accompanied by a declaration establishing Ms. Rodoni's legal right to serve as guardian ad litem for Minor Plaintiffs, her consent to serve as guardian ad litem, and that no actual or potential conflict of interest exists between Ms. Rodoni and Minor Plaintiffs N.R. and I.R.

**IT IS SO ORDERED.**

Dated: July 19, 2018

_____
BETH LABSON FREEMAN
United States District Judge