# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS RODONI, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 18-cv-04324-BLF<br><br>**ORDER GRANTING APPLICATION TO APPOINT GUARDIAN AD LITEM**<br><br>[Re: ECF 7] |

Plaintiffs Nicholas and Amanda Rodoni and Minor Plaintiffs N.R. and I.R. filed this action against Defendants on July 17, 2018. ECF 1. Minor Plaintiffs' grandmother, Hilary Rodoni, filed an application requesting the Court to appoint her as guardian ad litem for Minor Plaintiffs N.R. and I.R. in this matter. Mot., ECF 7.

Ms. Rodoni is N.R. and I.R.'s paternal grandmother, and declares that she is not asserting individual claims or defenses in this action. Rodoni Decl. ¶¶ 2–3, ECF 7-1. Ms. Rodoni states that she is competent and qualified to understand and protect the rights of N.R. and I.R. and that she has no adverse interests or foreseeable conflicts of interest. *Id.* ¶ 4. Ms. Rodoni also consents to being appointed as guardian ad litem for N.R. and I.R in this matter. *Id.* ¶ 5. Having considered Ms. Rodoni's submission, the Court finds that Ms. Hilary Rodoni is a suitable representative for Minor Plaintiffs N.R. and I.R. in this action. Accordingly, the Court GRANTS Ms. Rodoni's application to appoint guardian ad litem for purposes of this action.

**IT IS SO ORDERED.**

Dated: August 9, 2018

                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge