**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| NICHOLAS RODONI, ET AL.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF CAMPBELL, et al.,<br><br>      Defendants. | Case No.  18-cv-04324-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>[Re:  ECF No. 76] |

United States District Court
Northern District of California

Before the Court is Plaintiffs' administrative motion to file under seal unredacted versions of (1) Plaintiffs' Petition for Approval of Minors' Interest in Settlement of Action with the City of Campbell and (2) Plaintiffs' Proposed Order on their Petition.  *See* ECF No. 76.  Plaintiffs have filed redacted copies of these documents, and they seek to file unredacted versions under seal because they contain name and birthdate information for minor Plaintiffs.  *See id.*  Plaintiffs argue that this information is required to be filed under seal pursuant to Federal Rule of Civil Procedure 5.2.  No opposition has been filed, and the time to respond to Plaintiffs' motion has passed.  *See* Civ. L.R. 7-11(b).

Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016); *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).  In this district, all parties requesting sealing must comply with Civil Local Rule 79-5.  That rule requires, *inter alia*, the sealing motion to include "a specific statement of the applicable legal standard <u>and</u> the reasons for keeping a document under seal, including an explanation of:  (i) the legitimate private or public

interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civ. L.R. 79-5(c)(1).

Plaintiffs seek to file under seal unredacted versions of documents that contain name and birthdate information for minor Plaintiffs.  Under Federal Rule of Civil Procedure 5.2, a party must redact the name of an individual known to be a minor and an individual's birth date information (other than birth year) from a filing with the court.  Good cause appearing, the Court GRANTS Plaintiffs' sealing motion.

**IT IS SO ORDERED.**

Dated:  February 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2